**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 27, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00220-CV

---

## JOSEPH B. ROTHCHILD, Appellant

## V.

## CITY OF LEAGUE CITY, Appellee

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 23-CV-2349**

---

## MEMORANDUM OPINION

This is an appeal from an order signed March 26, 2024. On June 13, 2024, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.